1  Law Offices of Beles & Beles
   Robert J. Beles Bar no. 41993
2  Paul McCarthy Bar no. 139497
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*
   ANDREY BERNIKS
6

7
                        United States District Court
8                    for the Eastern District of California
                     Robert T. Matsui Federal Courthouse
9

10  ANDREY BERNIK,                          No. 2:17-cv-02348 DAD AC P

11                  *Petitioner*,           ~~PROPOSED~~ ORDER GRANTING EXTENSION
                 vs.                        OF TIME TO FILE OBJECTIONS TO
12                                          MAGISTRATE'S FINDINGS AND
                                            RECOMMENDATIONS
13  SHAWN HATTON, Warden,

14                  *Respondent.*           *(Unopposed)*

15

16                   ~~PROPOSED~~ ORDER GRANTING EXTENSION OF
                     TIME TO FILE OBJECTIONS TO MAGISTRATE'S
17                        FINDINGS AND RECOMMENDATIONS

18       Good cause appearing, and the motion being unopposed, this court grants petitioner a 60-day

19  extension of time to file the objections to magistrate's findings and recommendations, from Monday,

20  August 7, 2023, to and including Friday, October 6, 2023.

21  DATED: July 26, 2023

22

23  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28