Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
ANDREY BERNIK

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| ANDREY BERNIK,<br><br>        *Petitioner*,<br>vs.<br><br>SHAWN HATTON, Warden,<br><br>        *Respondent.* | No. 2:17-cv-2348 DAD AC P<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS<br><br>*(Unopposed)* |

**PROPOSED ORDER GRANTING EXTENSION OF
TIME TO FILE OBJECTIONS TO MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and the motion being unopposed, this court grants petitioner a 30-day extension of time to file the objections to magistrate's findings and recommendations, from Monday, November 6, 2023, to and including Wednesday, December 6, 2023.

DATED: November 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE